UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 13 |
| | ) | |
| RONALD G. BRADY | ) | CASE NO. 14-03525-RLM-13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE
WITH 30-DAY WAIVER**

Comes now Ditech Financial LLC, as authorized servicer for CitiFinancial Servicing LLC, (hereinafter referred to as "Ditech Financial"), by counsel, and for its Motion for Relief From Stay and to Abandon Real Estate would show the Court as follows:

1. On April 21, 2014, the above-named Debtor(s) filed a petition pursuant to Chapter 13 of the Bankruptcy Code.

2. Ditech Financial is the holder of a secured claim with an outstanding principal balance of $111,043.94 and accrued interest of $4,819.78. Said claim is secured by the real property located at 4421 W 25th St, Anderson, IN 46011-4560, and more particularly described in the mortgage, a copy of which is attached hereto and incorporated herein as Exhibit "A". The legal description for the subject real estate is:

> LOT NUMBERED 2 IN O.C. CLARK AND SONS FIRST ADDITION, A SUBDIVISION IN THE CITY OF ANDERSON, AS RECORDED IN PLAT BOOK 9, PAGE 43, RECOR4DS OF MADISON COUNTY, INDIANA; EXCEPT 2 FEET OF THE ENTIRE SOUTH END THEREOF.

3. The above-described mortgage was given to secure a promissory note dated November 14, 2007, made payable to CitiFinancial Servicing Inc in the original principal sum of $108,669.34. A copy of the above-described note is attached hereto and incorporated herein as Exhibit "B".

Brady - File No. 091535B01

4.	The interest of Ditech Financial has not been adequately protected by Debtor(s) Chapter 13 Plan which proposes payments of arrearages within the Plan and post-petition mortgage payments to be made by Debtor(s) directly to Ditech Financial.

5.	The mortgage loan is due for August 1, 2015 through July 1, 2016 payments at the monthly mortgage amount of $555.91, less a suspense balance of $4.09, for an arrearage in the sum of $6,666.83, together with attorney fees and costs as is demonstrated by the payment history attached as Exhibit "C".

6.	The failure to make such payments allows no protection of the interests of Ditech Financial within the meaning of Section 362 of the Bankruptcy Code.

7.	The failure to make payments and the lack of equity in the subject real estate is cause for the Court to grant relief from the Stay to Ditech Financial within the meaning of §362 of the Bankruptcy Code.

8.	Ditech Financial prays that the court order the Trustee's abandonment of the subject real estate.

WHEREFORE, Ditech Financial prays that the Court terminate the automatic stay of §362 of the Bankruptcy Code, authorize Ditech Financial to foreclose its mortgage on the above-described property, order the Trustee's abandonment of the subject real estate and for all other relief as is just.

        FEIWELL & HANNOY, P.C.

        /s/ ALAN W. MCEWAN
        ALAN W. MCEWAN, Attorney No. 24051-49
        Attorney for Ditech Financial LLC, as authorized
        servicer for CitiFinancial Servicing LLC
        8415 Allison Pointe Blvd., Suite 400
        Indianapolis, IN 46250
        (317) 237-2727
        Fax: (317) 237-2717
        Email: AMcEWAN@feiwellhannoy.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on July 26, 2016, to the following:

Ronald G. Brady
Debtor
2583 E 900 N
Alexandria, IN 46001-8323

Joshua L. Twombley
Attorney at Law
3750 Guion Road, Suite 200
Indianapolis, IN 46222

Ann M. Delaney
Trustee
P.O. Box 441285
Indianapolis, IN 46244

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

/s/ ALAN W. MCEWAN
ALAN W. MCEWAN, Attorney No. 24051-49

**<u>NOTICE</u>**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**

Brady - File No. 091535B01

# **Addendum to Motion for Relief**

Documentation provided is in support of right to seek a lift of stay and foreclose if necessary.

Brady - File No. 091535B01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE | ) Chapter 13 |
| | ) |
| RONALD G. BRADY | ) CASE NO. 14-03525-RLM-13 |
| | ) |
| Debtor(s) | ) |
| | ) |

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a copy of the attached Notice was sent, via either first class. U.S. mail or electronic noticing, on July 26, 2016, to those creditors and interested parties listed on the attached sheets.

Dated: July 26, 2016

                                                  FEIWELL & HANNOY, P.C.

                                                  /s/ ALAN W. MCEWAN
ALAN W. MCEWAN, Attorney No. 24051-49
Attorney for Ditech Financial LLC, as authorized
servicer for CitiFinancial Servicing LLC
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
(317) 237-2727
Fax: (317) 237-2717
Email: AMcEWAN@feiwellhannoy.com

Brady - File No. 091535B01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 13 |
| | ) | |
| RONALD G. BRADY | ) | CASE NO. 14-03525-RLM-13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On July 26, 2016, Ditech Financial LLC, as authorized servicer for CitiFinancial Servicing LLC filed a Motion for Relief from Stay and to Abandon Real Estate, asking the Court for relief from stay and abandonment of the real estate commonly known as 4421 W 25th St, Anderson, IN 46011-4560.  The motion states that Debtor(s) monthly mortgage payments are delinquent and that there is little or no equity in the subject real estate for the benefit of creditors. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

   <u>Your rights may be affected.</u>    You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the motion, then within fourteen (14) days from the date this Notice is served, you or your attorney must:

   1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

        Rm 116; 46 E Ohio St
        Indianapolis, IN 46204-1903

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

   2. You must also mail a copy of your objection to:

        ALAN W. MCEWAN
        FEIWELL & HANNOY, P.C.
        8415 Allison Pointe Blvd., Suite 400
        Indianapolis, IN 46250
        (317) 237-2727

Brady - File No. 091535B01

Ronald G. Brady
Debtor
2583 E 900 N
Alexandria, IN 46001-8323

Joshua L. Twombley
Attorney at Law
3750 Guion Road, Suite 200
Indianapolis, IN 46222

Ann M. Delaney
Trustee
P.O. Box 441285
Indianapolis, IN 46244

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

    If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated: July 26, 2016

                                            FEIWELL & HANNOY, P.C.

                                            /s/ ALAN W. MCEWAN
                                            ALAN W. MCEWAN, Attorney No. 24051-49
                                            Attorney for Ditech Financial LLC, as authorized
                                            servicer for CitiFinancial Servicing LLC
                                            8415 Allison Pointe Blvd., Suite 400
                                            Indianapolis, IN 46250

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 14-03525-RLM-13<br>Southern District of Indiana<br>Indianapolis<br>Tue Jul 26 11:46:36 EDT 2016 | Ascension Capital Group<br>P. O. Box 201347<br>Arlington, TX 76006-1347 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| Ronald G. Brady<br>2583 E 900 N<br>Alexandria, IN 46001-8323 | CBNA/Sears<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | Citifinancial<br>605 Munn Rd.<br>Fort Mill, SC 29715-8421 |
| Community Hospital<br>P. O. Box 19202<br>Indpls., IN 46219-0202 | Community Hospital Anderson<br>Lock Box FF<br>P. O. Box 2589<br>Fort Wayne, IN 46801-2589 | Community Physicians<br>5819 Reliable Parkway<br>Chicago, IL 60686-0058 |
| DHC Business Solutions<br>PO Box 163<br>Manchester, MD 21102-0163 | Ann M. DeLaney<br>Office of Ann M. Delaney<br>PO Box 441285<br>Indianapolis, IN 46244-1285 | Eagle Accounts Group, LLC<br>P.O. Box 17400<br>Indianapolis, IN 46217-0400 |
| Green Tree<br>P. O. Box 6172<br>Rapid City, SD 57709-6172 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | Huntington Natinal Bank<br>Weltman, Weinberg & Reis<br>525 Vine St Ste 800<br>Cincinnati, OH 45202-3145 |
| Huntington National Bank<br>c/o Weltman, Weinberg & Reis<br>525 Vine Street, Suite 800<br>Cincinnati, OH 45202-3122 | IMC CREDIT SERVICES, LLC.<br>PO BOX 20636<br>INDIANAPOLIS, IN 46220-0636 | Indiana Mutual Credit<br>P.O. Box 20636<br>Indianapolis, IN 46220-0636 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Landmark Accounts<br>1010 W. 8th St. #1<br>Anderson, IN 46016-2660 | Jon Jay Lieberman<br>Weltman Weinberg & Reis Co. LPA<br>525 Vine Street<br>Cincinnati, OH 45202-3145 |
| Alan Wayne McEwan<br>Feiwell & Hannoy<br>8415 Allison Pointe Blvd<br>Suite 400<br>Indianapolis, IN 46250-4160 | RLW Accounts, LLC<br>PO Box 11194<br>Fort Wayne, IN 46856-1194 | Rothberg<br>f/k/a Citifinancial<br>P. o. Box 1838<br>Columbus, OH 43216-1838 |
| SCA Collections<br>300 E. Arlington Blvd. #6-A<br>Greenville, NC 27858-5043 | (p)SOURCE RECEIVABLES MANAGEMENT<br>PO BOX 4068<br>GREENSBORO NC 27404-4068 | TNB Nevada<br>4455 LBJ Freeway<br>Dallas, TX 75244-5902 |
| Joshua L. Twombley2<br>UAW-GM Legal Services<br>3750 Guion Road, Suite 200<br>Indianapolis, IN 46222-7605 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |

Vectren Energy
P. O. Box 6248
Indianapolis, IN 46206-6248

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57709-6154
Telephone number: 888-298-7785

Source Receivables Management
4615 Dundas Dr. #102
Greensboro, NC 27407

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ditech Financial LLC

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31