UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| RONALD G. BRADY ) | CASE NO. 14-03525-RLM-13 |
| ) | |
| Debtor(s) ) | |
| ) | |

**AGREED ENTRY MODIFYING STAY**

Creditor, Ditech Financial LLC, as authorized servicer for CitiFinancial Servicing LLC, (hereinafter referred to as "Ditech Financial"), by counsel, and Debtor(s), Ronald G. Brady, by counsel, agree and stipulate as follows:

1.  The 11 U.S.C. §362(a) stay as to Ditech Financial, in accordance with the agreement, is hereby modified and shall remain in effect and the real estate shall not be abandoned provided debtor complies with the following conditions:

    (a)  Debtor(s) shall cure the post-petition arrearage currently due Ditech Financial in the amount of $13,114.95, which consists of:

    | | |
    |---|---|
    | Payments from 7/1/15 to 5/1/17 | $12,225.93 |
    | Attorney fees | $700.00 |
    | Attorney Expenses | $189.02 |

    (b)  Debtor(s) shall tender $12,000.00 on or before May 15, 2017.

    (c)  Debtor(s) shall make monthly installments in the sum of $75.31 commencing June 15, 2017 and continuing on the fifteenth of each month thereafter up through and including August 15, 2017.

    (d)  Debtor(s) shall pay attorney fees/costs $889.02 via the Chapter 13 Trustee conduit. Creditor shall be allowed a Notice of Post Petition Fees and Cost for the attorney fees and cost. Debtor(s) shall make any modifications necessary to the Chapter 13 Plan to adequately

Brady - File No. 091535B01

fund for the Notice of Post Petition Fees and Cost.

  (e) Debtor(s) understand that this is in addition to the regular monthly installment payment currently in the sum of $555.91.

  (f) Debtor(s) shall resume making all future regular monthly installment payments as they become due commencing with the June 1, 2017 payment, each payment to be timely made in accordance with the terms of the loan documents between Debtor(s) and Ditech Financial.

  2. Debtor(s) shall remain current on those payments arising under the terms of their confirmed Plan.

  3. In the event that Debtor(s) fail to comply with any of the conditions set forth above in this Entry the 11 U.S.C. §362 stay as to Ditech Financial shall be terminated and the property ordered abandoned upon the filing of an Affidavit of Default by said Creditor without further notice of hearing and said Creditor shall be permitted to exercise any rights granted to it by the loan documents with respect to the Debtor(s) and the property located at 4421 W 25th St, Anderson, IN 46011-4560, including, but not limited to, the initiation and completion of a foreclosure action and sale of the property.

AGREED AND STIPULATED TO THIS __4th____DAY OF _May_____, 2017.

        /s/ RANDY C. EYSTER_____
        RANDY C. EYSTER, Attorney for
        Ditech Financial LLC, as authorized servicer for
        CitiFinancial Servicing LLC
        Attorney No. 22643-49
        8415 Allison Pointe., Blvd., Ste.400
        Indianapolis, IN 46250
        (317) 237-2727
        Fax: (317) 237-2717
        Email: REYSTER@feiwellhannoy.com

AGREED AND STIPULATED TO THIS __9th__DAY OF __May__, 2017.

        /s/ STEVEN TAYLOR_____
        Steven Taylor, Attorney for Debtor
        3130 S. LaFountain Ave
        Suite 1B
        Kokomo, IN 46902
        765-868-0807
        Fax : 765-450-4063
        Email: sptaylor@bankruptcyoffice.net

AGREED AND STIPULATED TO THIS __15th_____DAY OF __May_____, 2017.

        /s/ LIANE GROTH HULKA_____
        Liane Groth Hulka
        Ann M. Delaney, Trustee
        P.O. Box 441285
        Indianapolis, IN 46244
        (317) 829-7360
        Fax (317) 829-7369
        Email: anndelaney341@trustee13.com,

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

Brady - File No. 091535B01